

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 18 CR 2509-JLS |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Sec. 1325 - Improper Entry by an Alien (Misdemeanor) |
| DENNIS OMAR ANTUNEZ-ANTUNEZ, | |
| Defendant. | |

The United States Attorney charges:

On or about ~~May 4~~ April 27 ~~DA Abrit~~ Sep ou, 2018, within the Southern District of California, the Defendant DENNIS OMAR ANTUNEZ-ANTUNEZ, an alien, unlawfully eluded examination and inspection by immigration officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325(a(2).

DATED: 5/17/18 .

ADAM BRAVERMAN
United States Attorney

Davis M. Loop  Shauna Prewitt
Special Assistant U.S. Attorney

*:*:5/7/18