# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER _18CR2509-RS_ |
| | ) | _18 MJ 2082_ |
| vs | ) | ABSTRACT OF ORDER |
| | ) | Booking No. _68809298_ |
| Dennis Omar Anthing-Anthines | ) | |
| | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____ _5/17/18_ _____

the Court entered the following order:

_✗_ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

_____ Defendant released on $ _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_✗_ Defendant sentenced to TIME SERVED, supervised release for _0_ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

_Ruben B. Brooks_
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

Received _____
DUSM

JOHN MORRILL         Clerk
by _____

Deputy Clerk

_V. Lee_

_557-7143_

Crim-9   (Rev. 8-11)                    ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY